

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00258-CV

**CASEY TALBERT ABEL D/B/A THE FOUNTAIN,**
                                            **Appellant**
 **v.**

**SMAR PROPERTIES, LLC, AMERICAN PIZZA
PARTNERS, L.P., RMC AMERICAN MANAGEMENT
INC., AND RMC PARTNERS LIMITED PARTNERSHIP,**
                                            **Appellees**

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2020-1516-4**

## MEMORANDUM OPINION

Appellant, Casey Talbert Abel, filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant no longer wishes to pursue the appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Motion granted; appeal dismissed
Opinion delivered and filed December 1, 2021
[CV06]

